UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED
NOV - 8 2022
Deputy Clerk, U.S. District Court
Middle District of Louisiana
Baton Rouge, La.

Clayton Haywood
name of plaintiff(s)

CIVIL ACTION

versus

NO. _____ )

Vincent Williams
name of defendant(s)

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

   Right to a fair tril Targeting planting evidence after making a complent on a offer I can prov it

2. Plaintiff, Clayton Haywood resides at
   22245 Ackord Rd , Denham Springs
   street address                    city
   Livingston , LA , 70726 , 303 746 0225
   parish        state   zip code   telephone number

   (if more than one plaintiff, provide the same information for each plaintiff below)

   Ex Vilating my right to a fair tril Targetting and planting evedence

3. Defendant, New Orleans lives at, or
   its business is located at New Orleans 1800 S Broad
                              street address
   New Orleans , Orlean , LA ,
   city            parish          state
   70119 , Open .
   zip code   telephone number

(if more than one defendant, provide the same information for each defendant below)

> I was making a confent on officer Vincent Williams at New Orleans Integety Below Wayle Ross and Sylvia Smartin was intruewing me Wayle Ross took a water bottle on came I was drinking now I have DNA in my case was charge with a Bill of information

4. Statement of claim ( State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

> They did it on camera the lead investrogater quet when he fond out it all in the pepper I attach DNA wont make the case I can prov how they doing this I have more proff

5. Prayers for Relief (list what you want the Court to do):

a. DNA AND FINGERPRINT

b. EXONERATION from NEW ORLEANS

c. POLICE DEPARTMENT

d.

I (we) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this NOV day of _____, 20 22

*[signature]*
22248 Achord Road
Denham Springs LA 70726

(signature of plaintiff (s))

1) VINCENT WILLIAMS
2) A.ROLLE MET
3) LAYLE ROSS
4) SYLVIA SMARTIN
5) ADELE KRIEGER BAR#38966